IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JEFFREY CAMERON JENSEN | * |
| Plaintiff | * Civil Action No: 1:16-cv-01175-WMN |
| v. | * |
| HOWARD HATTON PHILLIPS, et al. | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ENTRY OF APPEARANCE

Please enter the appearance of Luke A. Rommel, Esquire, and Rommel and Associates, LLC, in the above-captioned matter.

Date: June 22, 2016

                                                                    _Luke A. Rommel_
                                                                    Luke A. Rommel, Esquire
                                                                    (Federal Bar #16949)
                                                                    Rommel and Associates, LLC
                                                                    108 West Main Street, Suite 2B
                                                                    Salisbury, Maryland 21803
                                                                    lrommel@rommelandassociates.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22st day of June, 2016, a copy of the foregoing was filed and electronically served upon the following: Kevin Karpinski, Esquire (Kevin@bkcklaw.com), Karpinski, Colaresi & Karp, 120 East Baltimore Street, Suite 1850, Baltimore, Maryland 21202.

                                                                    _Luke A. Rommel_
                                                                    Luke A. Rommel, Esquire