IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JEFFREY CAMERON JENSEN | * | Civil Action No: 1:16-cv-01175-WMN |
| Plaintiff | * | |
| v. | * | |
| HOWARD HATTON PHILLIPS, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR LEAVE TO AMEND

Plaintiff, Jeffrey Cameron Jensen, through undersigned legal counsel, Luke A. Rommel, and Rommel & Associates, LLC, pursuant to Federal Rule of Civil Procedure 15, hereby moves to amend his Complaint, and as grounds states as follows:

1. Plaintiff initially filed suit in this matter on April 20, 2016.

2. Undersigned counsel was retained by Plaintiff on June 24, 2016.

3. Plaintiff's claim, and any foreseeable defense, arises out of the same conduct, transaction, or occurrence set out in the original Complaint. The factual premise of the Complaint and the Amended Complaint arise from the same incident. The purpose of the amendment is to relate-back to the initial Complaint, but to file additional factual premises to Plaintiff's existing allegations.

Date: July 7, 2016

_____
Luke A. Rommel, Esquire
(Federal Bar #16949)
lrommel@rommelandassociates.com
ROMMEL & ASSOCIATES, LLC
108 West Main Street, Suite 2B
Salisbury MD 21801
(443) 859-8131

1

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this __7__ day of July, 2016, a copy of the foregoing was filed and electronically served upon the following: Kevin Karpinski, Esquire (Kevin@bkcklaw.com), Karpinski, Colaresi & Karp, 120 East Baltimore Street, Suite 1850, Baltimore, Maryland 21202.

                                                                _____
                                                                Luke A. Rommel, Esquire

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JEFFREY CAMERON JENSEN | * | Civil Action No: 1:16-cv-01175-WMN |
| Plaintiff | * | |
| v. | * | |
| HOWARD HATTON PHILLIPS, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Plaintiff's Motion for Leave to Amend, any response and opposition filed by Defendant thereto, it is this _____ day of _____, 2016, by the United States District Court for the District of Maryland hereby;

ORDERED, that Plaintiff's Motion for Leave to Amend is **GRANTED**.

_____
Judge