IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| JEFFREY CAMERON JENSEN | * | |
| Plaintiff | * | |
| v. | * | Case No.: 1:16-CV-01175-WMN |
| HOWARD HATTON PHILLIPS | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION

By stipulation of the parties, Defendant Corporal Howard Hatton Phillips will have until and including Thursday, September 15, 2016 to file a reply to Plaintiff's Response in Opposition (ECF 16) to Defendant's Motion to Dismiss Amended Complaint or, in the Alternative, for Summary Judgment (ECF 15).

KARPINSKI, COLARESI & KARP

BY: _____/s/_____
KEVIN KARPINSKI, #11849
Suite 1850
120 East Baltimore Street
Baltimore, Maryland 21202
410-727-5000
Kevin@bkcklaw.com
*Attorneys for Defendant Corporal Phillips*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of August 2016, a copy of the foregoing was electronically filed with notice to:

Luke A. Rommel, Esquire
Rommel and Associates, LLC
108 West Main Street, Suite 2B
Salisbury, Maryland 21803
*Counsel for Plaintiff*

                                                    _____/s/_____
                                                    Counsel for Defendant