# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | |
|---|---|
| JEFFREY CAMERON JENSEN | * |
| Plaintiff | * |
| v. | * Case No.: 1:16-CV-01175-WMN |
| HOWARD HATTON PHILLIPS | * |
| Defendant | * |

* * * * * * * * * * * * *

## STIPULATION

By stipulation of the parties, Defendant Corporal Howard Hatton Phillips will have until and including Thursday, September 15, 2016 to file a reply to Plaintiff's Response in Opposition (ECF 16) to Defendant's Motion to Dismiss Amended Complaint or, in the Alternative, for Summary Judgment (ECF 15).

KARPINSKI, COLARESI & KARP

BY:  /s/
KEVIN KARPINSKI, #11849
Suite 1850
120 East Baltimore Street
Baltimore, Maryland 21202
410-727-5000
Kevin@bkcklaw.com
*Attorneys for Defendant Corporal Phillips*

" APPROVED " THIS 23rd DAY
OF August, 2016
/s/
SENIOR UNITED STATES DISTRICT JUDGE
William M. Nickerson